ment of the Onondaga County Court (Anthony F. Aloi, J.), rendered June 13, 2012. The judgment convicted defendant, upon his plea of guilty, of vehicular manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ In the Matter of JAMES M. WEST, Petitioner, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, Respondent. [967 NYS2d 849]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered December 28, 2012) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Centra, J.P., Sconiers, Valentino, Whalen and Martoche, JJ.

■ In the Matter of JOSEPH GUARNERI, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [967 NYS2d 863]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered January 23, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Sconiers, Valentino, Whalen and Martoche, JJ.

■ In the Matter of JAMEL FLOYD, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [967 NYS2d 849]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered January 23, 2013) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe,

234 AD2d 996 [1996]). Present—Centra, J.P., Sconiers, Valentino, Whalen and Martoche, JJ.

■ In the Matter of JERRY SANDERS, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [967 NYS2d 863]— Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered January 23, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Sconiers, Valentino, Whalen and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN C. ANDREWS, Also Known as KEVIN ANDREWS, Also Known as KEVIN CHRISTOPHER ANDREWS, Appellant. [967 NYS2d 862]— Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 21, 2012. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Sconiers, Valentino, Whalen and Martoche, JJ.

■ In the Matter of DIANA L. CUNNINGHAM, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [967 NYS2d 850]— Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed June 20, 2013.)

■ In the Matter of BONNIE L. CROGAN-MAZUR, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [967 NYS2d 863]— Order entered accepting resignation and striking name from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed June 20, 2013.)

■ In the Matter of LORI E. PETRONE, for Reinstatement to the Practice of Law in the State of New York. [967 NYS2d 851]— Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed June 20, 2013.)

■ In the Matter of JOHN R. PETRONE, II, for Reinstatement to the Practice of Law in the State of New York. [970 NYS2d